443 A.2d 1195

Commonwealth v. McGinley, Appellant.

Petition for Allowance of Appeal Denied June 16, 1982.

Submitted November 30, 1981. Robert B. Lieberman, for appellant; William A. Behe, Deputy District Attorney, for Commonwealth, appellee.

Before BROSKY, WIEAND and MONTEMURO, JJ.

Order affirmed.